# EXHIBIT A –

## Questions About Judgment Debtor's Property

# QUESTIONS ABOUT PROPERTY
(To be Answered Under Oath and Notarized)

### Judgment Debtor: Rainbow International Corp.

1. Full Name:_____
2. Office/Position:_____
3. I have personal knowledge of the answers herein and authority to speak on behalf of Rainbow International Corp.

4. **Real Property**
   For Each Identify:
   A. Address/Parcel ID #
   B. Country/State/Province
   C. Fair Market Value
   D. Equity
   E. Mortgage Balance
   F. Lien Holders

5. **Savings Accounts**
   Produce current balance statements for each and identify:
   A. Financial Institution
   B. Branch
   C. Amount
   D. Account Number

6. **Checking Accounts**
   Produce current balance statements for each and identify:
   A. Financial Institution
   B. Branch
   C. Amount
   D. Account Number

7. **Certificates of Deposit/Money Market Accounts/etc.**
   Produce current balance statements for each and identify:
   A. Financial Institution
   B. Branch
   C. Amount
   D. Account Number

8. **Other Financial Accounts (e.g. PayPal, etc.)**
   Produce current balance statements for each and identify:
   A. Financial Institution
   B. Branch
   C. Amount
   D. Account Number

9. **Merchant Accounts**
   Product copies of merchant agreements for each and identify:
   A.  Company Name
   B.  Branch
   C.  Contact person
   D.  Your Merchant/Account ID Number
   E.  Average Monthly value

10. **Brokerage Accounts**
    Produce current balance statements for each and identify:
    A.  Financial Institution
    B.  Branch
    C.  Amount
    D.  Account Number

11. **Other Companies/Business Holdings**
    Produce copies of organizational document and stock/unit certificates and for each identify:
    A.  Company Name
    B.  Address
    C.  Company ID Number
    D.  Country/State/Province of registration
    E.  Number of shares/units you own
    F.  Approximate value of your ownership interest

12. **Accounts Receivable**
    A.  Debtor Name
    B.  Address
    C.  Amount owed to you

13. **Cash**
    A.  Amount
    B.  Physical Location

14. **Trademarks**
    Produce a copy of each Trademark registration and for each identify:
    A.  Trademark
    B.  Serial Number
    C.  Registration Number
    D.  Approximate value of property

15. **Copyrights**
    Produce a copy of each Copyright registration and for each identify:
    A.  Copyright
    B.  Serial Number
    C.  Registration Number
    D.  Approximate value of property

16. **Intellectual Property Licenses**
    Produce a copy of each license agreement and for each identify:
    A.   Licensor
    B.   Approximate value of license
    C.   Is the license transferrable? Yes/No
    D.   Rainbow International Corp.'s purpose for and use of license

17. **Software Licenses**
    Produce a copy of each license agreement and for each identify:
    A.   Licensor
    B.   Approximate value of license
    C.   Is the license transferrable? Yes/No
    D.   Rainbow International Corp.'s purpose for and use of license

18. **Websites**
    For each identify:
    A.   Domain Name
    B.   Current Registrar
    C.   Current Website host (provide a copy of any and all hosting agreements)
    D.   Approximate value of the Domain Name
    E.   Rainbow International Corp.'s purpose for and use of the Website
    F.   Itemized list of website content
    G.   Approximate value of the website content

19. **Debtors**
    For each identify:
    A.   Debtor Name
    B.   Address
    C.   Contact Information
    D.   Amount of Money Owed
    E.   Type of Indebtedness

20. **Personal Property**
    Identify each item with a value greater than $500 and for each:
    A.   Make/Model
    B.   Approximate Value
    C.   Physical Location of Property

21. **Vehicles**
    Identify each Vehicle with a value greater than $500 and for each:
    A.   Make/Model
    B.   Approximate Value
    C.   Physical Location of Vehicle
    D.   Lien Holders

Rainbow International Corp.

_____
By:
Its:

SUBSCRIBED and SWORN to before me this \_\_\_\_\_ day of _____, 2016.


_____
NOTARY PUBLIC in and for Said
County and State.

SLC_2660926