## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAINBOW INTERNATIONAL CORP., a Colorado Corporation et al.,<br><br>　　　　Defendants. | **Order Scheduling Hearing to Identify Judgment Debtor's Property**<br><br>Case No.: 2:14cv00477 DN<br><br>Judge David Nuffer |

Having considered the Motion filed with the court and being fully informed,

**The Court Finds That:**

(1) On Feb. 11, 2015, the Court entered an Amended Judgment in the amount of $6,741,701.32 against Defendant Rainbow International Corp., who is the Judgment Debtors.

(2) The Judgment Debtor has not fully satisfied this judgment.

(3) The Judgment Creditor is unable to use the remedies provided by law for the collection of judgments because the creditor does not have enough information about the Judgment Debtor's property.

(4) The attached Questions about Judgment Debtor's Property are designed to obtain the information needed to collect the judgment.

**The Court Orders Judgment Debtor Rainbow International Corp., to Take Notice That:**

(5)  A hearing to identify your property is scheduled at the following date and time.

Date  Wednesday April 20, 2016    Time  10:00    a.m.
Room  7.400

If you have a disability requiring accommodation, contact a judicial services representative at least 3 business days before the hearing.

(6)  You must attend the hearing and answer under oath questions about your property. You must bring with you all records concerning your financial accounts, accounts receivable, real property, business entities, stocks, units, and any other property in which the debtors have an interest.

(7)  If you fail to attend, you might be held in contempt of court and a warrant might be issued for your arrest.

(8)  If you serve the judgment creditor with the attached Answers to Questions about Judgment Debtor's Property at least 3 business days before the hearing, and if the creditor is satisfied that you have answered the questions fully and truthfully, the creditor shall cancel the hearing and notify you and the court. Otherwise, you and the creditor must attend the hearing.

(9)  You must not sell, transfer or dispose of any non-exempt property. (For a list of exempt property, see Utah Code Section 78B-5-501 - 513, Utah Exemptions Act.)

Plaintiff is to serve this notice and order upon Defendants and is provide proof of service to the court.

So Ordered.

Date  February 26, 2016

Brooke C. Wells
United States Magistrate Judge