**WM. KELLY NASH (4888)**
  *wmkellynash@aol.com*
**JORDAN K. CAMERON (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Ste 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff ZooBuh, Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW INTERNATIONAL CORP., a Colorado Corporation; DOES 1-40, unknown business entities,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br><br><br><br>Case No.: 2:14cv00477 DBP<br><br>Magistrate Judge Brooke C. Wells |

COMES NOW the Plaintiff's undersigned attorney, and certifies that on the 7th day of March, 2016, a true and correct copy of the Order Scheduling Hearing to Identify Judgment Debtor's Property (Dkt. No. 31) together with Debtor Questionnaire, was served upon Rainbow International Corp. by process server. The process server's Affidavit of Service is attached as **Exhibit A**.

SLC_2696323

DATED this 16th day of March, 2016.

                DURHAM JONES & PINEGAR, P.C.

                /s/ Jordan K. Cameron
                Evan A. Schmutz
                Jordan K. Cameron
                *Attorneys for Plaintiff*