# EXHIBIT A –

## Affidavit of Service

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZOOBUH, INC., A UTAH CORPORATION<br><br>                                    Plaintiff/Petitioner<br><br>vs<br><br>RAINBOW INTERNATIONAL CORP., A COLORADO CORPORATION; ET AL.<br>                                    Defendant/Respondent | Case No    **2.14CV00477 DN**<br>Division<br>Hearing Date   **04/20/2016**<br><br>AFFIDAVIT OF SERVICE OF<br>ORDER SCHEDULING HEARING TO IDENTIFY<br>JUDGMENT DEBTOR'S PROPERTY |

Received by **Honyet Phu**, on the **4th day of March, 2016 at 10.21 AM** to be served upon **RAINBOW INTERNATIONAL CORP., A COLORADO CORPORATION c/o DONALD CORN, DESIGNEE** at **17422 E PROGRESS DRIVE #107, CENTENNIAL, Arapahoe County, CO 80015**
On the **7th day of March, 2016 at 6 27 PM**, I, **Honyet Phu**, SERVED the within named corporation at **17422 E PROGRESS DRIVE #107, CENTENNIAL, Arapahoe County, CO 80015** in the manner indicated below

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **DONALD CORN, DESIGNEE**, on behalf of said Corporation

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS
Who accepted service, with identity confirmed by verbal communication, a gray-haired white male approx. 55-65 years of age, 5'6"-5'8" tall and weighing 200-240 lbs.

Service Fee Total  **$ 95 00**

I, being first duly sworn, depose and state  That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate

NAME _____                              03/07/2016
        Honyet Phu            Server ID # _____     Date

Notary Public  Subscribed and sworn before me on this __10__ day of __March__ in the year of 20__16__
Personally known to me __✓__ or _____ identified by the following document

Number/Reference _____
Type _____
Notary Public for State of _____
Commission Expiration _____

_____
Notary Public (Legal Signature)

```
LYNNE A GRIMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034027345
MY COMMISSION EXPIRES SEPTEMBER 22, 2019
```



REF  **ZOOBUH V. RAINBOW INTERNATIONAL CORP**