IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH,  Plaintiff,  v.  RAINBOW INTERNATIONAL,  Defendant. | **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**  Case No. 2:14-cv-477 DN  District Judge David Nuffer  Magistrate Judge Brooke Wells |

The Report and Recommendation[1] issued by United States Magistrate Judge Brooke C. Wells on May 3, 2016, recommends that "a hearing be held as soon as practical before the district judge to hear the evidence and if necessary issue a bench warrant."

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No objection was filed to the Report and Recommendation.

IT IS HEREBY ORDERED that the Report and Recommendation[2] is ADOPTED.

Signed December 27, 2016.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 35, entered May 3, 2016.

[2] Report and Recommendation, docket no. 35, entered May 3, 2016.